THE CHEMUNG CANAL NATIONAL BANK, Appellant, *v.* THE CITY OF ELMIRA, Respondent.

THE SECOND NATIONAL BANK OF ELMIRA, Appellant, *v.* THE SAME, Respondent.

THESE two cases presented the same questions, and were argued and decided with the *National Bank of Chemung, of Elmira*, v. *The City of Elmira* (*ante*, page 49).

JAMES GOPSILL, Respondent, *v.* JOSEPH K. HEATH, Appellant.

(Argued May 15, 1873; decided May 27, 1873.)

*H. F. Hatch* for the appellant.

*E. A. Doolittle* for the respondent.

Agree to affirm.   No opinion.
Judgment affirmed.